# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:24-mj-00024-SKO |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

**FILED**
Feb 26, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1, 4(d), and 41(d)(3).

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Roberto SORIA<br><br>　　　　　　　　Defendant. | CASE NO.<br><br>AFFIDAVIT OF DEA SPECIAL AGENT SHAWN RILEY |

I, Shawn Riley, Special Agent, being sworn, depose and state the following:

## I.　　INTRODUCTION

1.　　I am a Special Agent (SA) of the United States Department of Justice, Drug Enforcement Administration (DEA). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been employed as a Special Agent with the Drug Enforcement Administration (DEA) since January 2004 and am presently assigned to the Drug Enforcement Administration Resident Office in Fresno, California. I have successfully completed a sixteen (16) week DEA Basic Agent Training Academy at the Drug Enforcement Administration Academy in Quantico, Virginia. This training included instruction in the investigation of Federal drug violations, including, but not limited to Title 21, United States Code Sections 841 and 846. I have discussed with numerous law enforcement officers, defendants, and informants, the methods and practices used by narcotics distributors.

2.　　Based on this training and conversation with more senior law enforcement agents, I am familiar with narcotics traffickers' methods of operation including the distribution, storage, manufacturing, and transportation of narcotics and the collection of money proceeds of narcotics trafficking.

3.　　I have participated in narcotics investigations either as a case agent or in a supporting role. I have debriefed defendants, informants, and witnesses who had personal knowledge regarding

1  narcotics trafficking organizations.  Additionally, I have participated in drug investigations including,
2  but not limited to, undercover operations and conducting physical surveillance.  I have conducted and
3  been involved in investigations regarding the unlawful manufacture, possession, distribution, and
4  transportation of controlled substances, as well as conspiracies associated with criminal narcotics, in
5  violation of Title 21, United States Code, §§ 841(a)(1), 841(c)(2), 843, and 846 and the State of
6  California Health and Safety Code.

7       4.      The facts in this affidavit come from my personal observations, my training and
8  experience, and information obtained from other agents and witnesses. This affidavit is intended to show
9  merely that there is sufficient probable cause for the requested warrant and does not set forth all of my
10 knowledge about this matter.

11      5.      This affidavit is in support of a complaint charging Roberto SORIA (referred to
12 hereinafter as "SORIA") with a violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A),
13 Possession with Intent to Distribute 50 Grams and More of Methamphetamine.  The information set
14 forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation
15 or all the information known to me and other law enforcement investigators. Rather, this affidavit serves
16 only to establish probable cause for the arrest of SORIA.

## II.  PROBABLE CAUSE

18      6.      On Feburary 25, 2024, at approximatley 12:47 PM, Tulare County Sheriff's Office
19 (TCSO) Detective David Randolph, operating a marked TCSO patrol unit, observed a white Toyota
20 pickup with California license plate #57332W1 on Road 120 set to turn east bound on Avenue 384 in
21 rural Tulare County.  This vehicle is registerd to "Roberto SORIA Cuevas", with a listed address of 932
22 Roosevelt St, Kingsburg, CA.  Detective Randolph observed that the vehicle was stopped on Road 120
23 beyond the limit line.  Dective Randolph was positioned behind the Toyota pickup and as the vehicle
24 proceeded onto east bound Avenue 384 from Road 120, Detective Randolph initiated a stop on the
25 vehicle.  The white Toyota pickup yielded to the south side of Avenue 384.
26      7.      Durng the stop, Detective Randoph identified SORIA by his valid California drivers
27 license.  Detective Randolph observed that SORIA was the driver and sole occupant of the vehicle.  The
28 stop resulted in a search of SORIA's vehicle.  During this search, Detective Randolph located a plastic

grocery bag on the passenger seat convered by a sweater.  In the bag, Detective Randolf located several packages of suspected methamphetamine.  SORIA was then taken into custody.  The suspected methamphetamine was subsequently processed and determined to weigh approximatley 4.54 gross kilograms, or approximatley 10 lbs.  A presumptive test was conducted on the suspected methamphetamine which returned presumptive positive for methamphetamine.  Based on this information, I believe that SORIA possessed, with intent to distribute, over 50 grams of methamphetamine in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A),

## CONCLUSION

8. I believe the above facts set forth probable cause to believe that Roberto SORIA is in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), Possession with Intent to Distribute 50 Grams and More of Methamphetamine (actual).  I request that an arrest warrant be issued for SORIA for this offense.

_____
Shawn Riley
Spceial Agent, Drug Enforcement Administration

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1, 4(d), and 41(d)(3) this __25th__ day of February, 2024.

_____
Hon. Sheila K. Oberto
United States Magistrate Judge

Reviewed as to form by

 /s/  Antonio J. Pataca_____
Antonio J. Pataca
Assistant U.S. Attorney

COMPLAINT AFFIDAVIT                                 3